UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Extradition ) <br> ) <br> of Lenworth Anthony Spence, ) <br> ) <br> A fugitive from Canada ) <br> ) | M.J. No. 08-875-MBB |

### EXTRADITION CERTIFICATION AND ORDER OF COMMITMENT

This matter came on for hearing November 25, 2008 pursuant to 18 USC § 3184 following the provisional arrest of Lenworth Anthony Spence ("Spence") upon formal request of the government of Canada. A Warrant of Arrest has been issued by the Provincial Court of Ontario, Canada charging Spence with one count of first degree murder, one count of conspiracy to commit murder, one count of kidnapping, and one count of conspiracy to commit kidnapping, all in violation of the Criminal Code of Canada. Lenworth Anthony Spence also stands convicted of one count of robbery, one count of using an imitation firearm, and one count of disguise with intent, all in violation of the Criminal Code of Canada.

The Court, having considered the documentary evidence presented by the United States on behalf of Canada, the evidence introduced on behalf of Canada and Spence, and argument of counsel finds as follows:

1.  Criminal charges are pending against Lenworth Anthony Spence charging him with having committed the following crimes in Canada: (1) on or about March 7, 2007, committing murder of the person of Jonathan Timothy Chambers, in violation of Section 235(1) of the Criminal Code of Canada; (2) on or about March 6 and 7, 2007, conspiring to commit

murder of one Jonathan Timothy Chambers in violation of Section 465(1)(a) of the Criminal Code of Canada; (3) on or about March 6 and 7, 2007, kidnapping one Jonathan Timothy Chambers, in violation of Section 279(1.1) of the Criminal Code of Canada; and (4) on or about March 6 and 7, 2007, conspiring to kidnap one Jonathan Timothy Chambers, in violation of Section 465(a)(1)(c) of the Criminal Code of Canada; all in the jurisdiction of Ontario, Canada. A Warrant for the arrest of Lenworth Anthony Spence was issued on April 29, 2008 for the charges described above, all by a Judge of the Provincial Court of the Province of Ontario, Canada.

2. On or about April 11, 2002, Lenworth Anthony Spence aka Sean Anthony Spence was convicted of one count of robbery, in violation of Section 344 of the Criminal Code of Canada; one count of use of an imitation firearm, in violation of Section 85(2) of the Criminal Code of Canada; and one count of disguise with intent, in violation of Section 351(2) of the Criminal Code of Canada. The Provincial Court of Ontario sentenced Lenworth Anthony Spence aka Sean Anthony Spence to a total of five years incarceration, including four years on the robbery charge, one year consecutive on the use of an imitation firearm charge, and two years concurrent on the disguise with intent charge. A Warrant of Committal of Conviction as to Lenworth Anthony Spence aka Sean Anthony Spence was issued on April 30, 2002 by a Judge of the Provincial Court for the Province of Ontario. On January 24, 2006, all remaining appeals were dismissed by the Court of Appeal for Ontario, Canada. Lenworth Anthony Spence aka Sean Anthony Spence has not yet served the sentence on the offenses set forth above.

3. The acts upon which the Canadian charges described in paragraphs 1 and 2 above are based are proscribed as felonies by similar criminal provisions of federal law and the law of the Commonwealth of Massachusetts.

4.      The crimes with which the subject of these proceedings are included in the provisions of Article 2 of the Treaty on Extradition between the United States of America and Canada, signed at Washington, DC, on December 3, 1971 (27 UST 983; TIAS 8237), and amended by an exchange of notes signed at Washington, DC, on June 28 and July 9, 1974, and further amended by Protocol signed at Ottawa on January 11, 1988 (1853 UNTS 407), and further amended by Second Protocol, signed at Ottawa on January 12, 2001 ("The Second Protocol"), (together referred to herein as "the Treaty").

5.      The subject before this Court, Lenworth Anthony Spence, is in fact the same individual charged in the Warrant of Arrest and Warrant of Committal of Conviction and the subject of the request for extradition by Canada.

6.      The evidence before the Court establishes probable cause that the subject of these proceedings, Lenworth Anthony Spence, committed the crimes alleged in the Warrant of Arrest and Warrant of Committal of Conviction, and the evidence is sufficient, in that probable cause has been established, to sustain the charges for which Canada seeks extradition under the provisions of the Treaty between the United States and Canada.

For the foregoing reasons, this matter is certified to the Secretary of State, together with a copy of all testimony taken before this Court, in order that a warrant may issue upon the requisition of the proper authorities of Canada for the surrender of said Lenworth Anthony Spence according to the provisions of the Treaty between the United States of America and Canada.

It is further ORDERED that Lenworth Anthony Spence is committed to the custody of the United States Marshal, or his authorized representative, to be confined to appropriate facilities and to remain until he is surrendered to Canada pursuant to applicable provisions of Treaty and law.

It is further ORDERED that the attorney for the United States shall obtain transcripts of any testimony presented before the Court and shall deliver forthwith said transcripts of testimony to the Clerk. The Clerk shall forward to the Secretary of State a copy of this Certification and Order together with transcripts of testimony and copies of documents received as evidence.

ENTERED this 1st of December, 2008

Marianne B. Bowler
United States Magistrate Judge
District of Massachusetts
Boston, Massachusetts